IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN LEWIS LAWSON, | : |
| Plaintiff, | : |
| VS. | : CIVIL NO. 5:13-CV-318-MTT-CHW |
| GEORGIA DEP'T. OF CORR., MACON STATE PRISON, GREGORY McLAUGHLIN, DON BLAKELY, CHARLES LAKES, ALONZO HILL, OFFICER SMITH, | : |
| Defendants. | : PROCEEDINGS UNDER 42 U.S.C. § 1983 BEFORE THE U.S. MAGISTRATE JUDGE |

## O R D E R

Plaintiff John Lewis Lawson filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 along with a motion to proceed without the prepayment of the filing fee. (Docs. 1, 2.) On October 4, 2013, Plaintiff was ordered to file a certified copy of his prisoner trust account statement. (Doc. 5.) Plaintiff failed to respond to that Order in the time allowed. Thereafter, on November 19, 2013, Plaintiff was ordered to show cause why his complaint should not be dismissed for his failure to comply with a court order. (Doc. 6.) Plaintiff has failed to respond to the Order.

Rule 41(b) of the Federal Rules of Civil Procedure requires that a plaintiff diligently prosecute his complaint or face the possibility that it will be dismissed for his failure to prosecute. Because Plaintiff has failed to comply with the Court's orders, Plaintiff's claim is due to be dismissed.

THEREFORE, Plaintiff's case is hereby DISMISSED without prejudice for his failure to comply with the Court's Order.

SO ORDERED, this 6th day of March, 2014.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT